# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

GLENDER MAGEE,

    Plaintiff,

vs.

Case No. 11-CV-26-FHM

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

## OPINION AND ORDER

Plaintiff's Motion to Enlarge Time [Dkt. 17] is before the undersigned United States Magistrate Judge for decision. Plaintiff represents that Defendant objects to the motion.

Plaintiff's Motion seeks an additional 30 days, or until June 13, 2011 in which to respond to Defendant's motion to dismiss, filed May 4, 2011. Plaintiff recites the due date for his response as May 16, 2011. In accordance with LCvR 7.2(e) Plaintiff's response brief is actually due on May 25, 2011.

Plaintiff's Motion to Enlarge Time [Dkt. 17] is DENIED. The Motion does not contain good cause for extending the time to respond to the Motion to Dismiss. Plaintiff's response to the Motion to Dismiss is due on or before May 25, 2011.

SO ORDERED this 16th day of May, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE