IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

GLENDER MAGEE,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Case No. 11-CV-26-FHM

## **OPINION AND ORDER**

Plaintiff's Motion to Dismiss Without Prejudice [Dkt. 20] is unopposed by the Defendant [Dkt. 21]. The motion is GRANTED.

SO ORDERED this 26th day of May, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE